UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SWEEP SYSTEMS, INC., et al.,<br><br>Defendants. | Case No. 4:19-cv-04237-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 90 DAYS; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 53 |

On July 28, 2021, the parties participated in a settlement conference where the case settled in full. Accordingly, Plaintiff shall file a dismissal within 90 days of this order, absent any extension ordered by the Court.

Additionally, the September 7, 2021 case management conference is continued to December 7, 2021 at 1:30 PM. The joint case management statement is due on or before November 30, 2021.

IT IS SO ORDERED.

Dated: July 29, 2021

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge